# United States Court of Appeals
## For the First Circuit

---

No. 25-1991

LUIS CEBALLOS,

Plaintiff - Appellant,

v.

DEPARTMENT OF HOMELAND SECURITY,

Defendant - Appellee.

---

**JUDGMENT**

Entered: March 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

　　Plaintiff-appellant Luis Ceballos is presently in default for failure to pay the filing fee. The court previously issued notices of default to appellant on November 13, 2025, and February 12, 2026, both of which warned appellant that failure to pay the filing fee would result in this appeal's dismissal for lack of diligent prosecution. The most recent notice of default also extended appellant's deadline to pay the filing fee until February 26, 2026. Appellant has failed to comply and has not requested an extension of time to do so.

　　Accordingly, it is ordered that the above-captioned appeal be dismissed. <u>See</u> 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Luis Ceballos
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George